# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 23, 2016

## NO. 03-14-00519-CV

**John Thomas Aiken, Appellant**

**v.**

**Angelique S. Naylor, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, FIELD, AND SHANNON\*
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE SHANNON**

This is an appeal from the judgment signed by the district court on August 14, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. We reverse that part of the judgment providing that Aiken take nothing by his claims for damages for violation of the Texas Property Code and the Texas Debt Practices Act and for money had and received and unjust enrichment and those causes are remanded to the district court; in all other respects the judgment is affirmed. Each party shall pay the costs relating of the appeal incurred by that party, both in this Court and the court below.

\* Before Bob E. Shannon, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).